IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No. 179-cv-03807 (TJK) |

## STIPULATION OF DISMISSAL

In light of Defendants' Motion for Summary Judgment and the supporting declarations, Plaintiff no longer challenges Defendants' responses to the FOIA requests at issue in this case.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch, Inc. and Defendants Central Intelligence Agency and U.S. Department of Justice, by counsel, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own attorneys' fees and litigation costs.

Dated: September 30, 2020

/s/ Michael Bekesha
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director

/s/ Elizabeth Tulis
ELIZABETH TULIS (NY Bar)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC 20005
Phone: (202) 514-9237

*Counsel for Defendants*